UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC NOE MENDOZA;<br>ISAIAS RAMOS,<br>Defendants. | CASE NO. 1:26-MJ-00044-EPG<br>**UNSEALING ORDER** |

Good cause due to the defendant's pending appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: **June 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge