HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ERIC NOE MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ERIC NOE MENDOZA,<br>Defendant. | Case No. 1:26-cr-00107-KES-EPG<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Eric Noe Mendoza, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference hearing on December 9, 2026, at 1:00 p.m., and for all non-substantive proceedings in this matter.

Mr. Mendoza has been compliant with all the conditions of his pretrial release. Pursuant to those conditions, Mr. Mendoza is residing Yakima, in Washington – nearly a 15-hour drive away from the courthouse in Fresno. Mr. Mendoza is subject to electronic monitoring and a curfew. Mr. Mendoza's pretrial release has been productive. He is currently gainfully employed, working over 50 hours a week. Further, he is taking classes to obtain his GED. In addition to that, Mr. Mendoza's children have recently relocated to live with him in Washington. Given Mr. Mendoza's myriad of responsibilities, and to avoid a lengthy absence away from his residence

and electronic monitoring station, he requests the Court waive his personal appearance. Pretrial Services has been contacted regarding this request, and Mr. Mendoza's officer does not object.

Mr. Mendoza agrees that his interests shall be represented at all times by the presence of his attorney, Griffin Estes, of the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Respectfully submitted,

Date: 10/22/2026__

*/s/ signature on file*
ERIC NOE MENDOZA

HEATHER E. WILLIAMS
Federal Defender

Date: 10/16/2026

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
ERIC NOE MENDOZA

**ORDER**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference hearing on December 9, 2026, at 1:00 p.m. and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

IT IS SO ORDERED.

Dated: **October 23, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE